# HOFFMAN EINIGER & POLLAND PLLC

Attorneys At Law
220 EAST 42nd STREET, SUITE 435
NEW YORK, NEW YORK 10017
(212) 338-0700
FAX (212) 338-0093
www.HEPlawfirm.com



October 28, 2005

**Via Facsimile (718) 260-2457 and Regular Mail**
Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
ATTN: Vivian Klein, Case Manager

Re: <u>U.S. v. Meeyapillai Zawahir – CR-00-894 (JG)</u>

Dear Judge Gleeson:

Our above-referenced client is scheduled for sentencing on November 18, 2005. I am actually engaged in a trial entitled <u>JNK Grand v. Fenik, et al.</u>, index no. 602358/02, now pending before Justice Emily Goodman in New York County. The trial is anticipated to proceed through the Thanksgiving holiday. Since I will need time to prepare for the sentencing, I would respectfully request an adjournment to the early part of January, 2006.

I have conferred with Assistant United States Attorney Tanya Hill, who has consented to the adjournment.

If this is acceptable to the Court, please advise me as to the new date. Thank you.

Respectfully,

Mark L. Furman

MLF:es

Cc: AUSA Tanya Hill **(By Facsimile 718/254-7499)**

s/John Gleeson