# HOFFMAN POLLAND & FURMAN PLLC

Attorneys At Law
220 EAST 42nd STREET, SUITE 435
NEW YORK, NEW YORK 10017
(212) 338-0700
FAX (212) 338-0093
www.HPF-law.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 25 2006 ★

July 14, 2006

**BROOKLYN OFFICE**

CR-00-894 (JG)

**Via Facsimile (718) 260-2457 And FedEx Overnight Mail**
Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
ATTN: Vivian Kline

Re: **Meeyapillai Zawahir – Reg No. 57199-053 (JG)**

Dear Judge Gleeson:

On January 13, 2006, the above-referenced defendant was sentenced before your Honor to three months' incarceration followed by a period of supervised release, an $80,000. fine and community service. In accordance with the Court's judgment, he timely surrendered on March 17, 2006, served his time and was released May 15, 2006. He has also paid all court-imposed costs and fines, and is engaged in the approved Community Service.

Dr. Zawahir's passport continues to reside in the custody of the Eastern District Pre-Trial Service offices, who advised me that they cannot release it, absent an Order from your Honor.

Finally, I have also spoken to Dr. Zawahir's Federal Parole Officer Paul E. Choinski at 200 Federal Plaza, Room 130, Paterson, New Jersey, who has been made aware of this request and has no objection to the return of the passport to Dr. Zawahir. Also enclosed is a copy of Mr. Choinski's Pre-Release Investigation Response. Dr. Zawahir understands his obligations with regard to seeking permission to travel both in and outside the United States.

If the above request is acceptable to you, I would simply ask that you endorse this letter in the space provided below so that we can arrange for the return of the passport to its owner.

Respectfully,

Mark L. Furman

MLF:es

ENDORSEMENT:

s/John Gleeson      7-18-06
_____  _____
Honorable John Gleeson   Date

Cc: US Probation Officer Paul E. Choinski [**By Facsimile 973/357-4092**]